IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STEPHANIE JO PETTIT**                                                                             **PLAINTIFF**

**NO. 3:19CV202-JMV**

**NANCY BERRYHIL**
*COMMISSIONER OF SOCIAL SECURITY*                              **DEFENDANT**

## ORDER

Before the Court are Plaintiff's motion [23] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and Defendant's response [24]. For reasons stated in Defendant's response to Plaintiff's EAJA motion, Plaintiff's motion is DENIED as premature. Plaintiff may refile her motion at an appropriate time after the judgment in this case has become final.

SO ORDERED this 23rd day of September, 2020.

                                                            /s/ Jane M. Virden
                                                            U.S. Magistrate Judge